UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. VICKY LYNN MUNN           XXX-XX-5829        CRIMINAL ACTION
                              (SOC. SEC. NO.)    08-147 F
                                                 (CASE NO./SECT)

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month   Day    Year
the defendant appeared in person on this date --------( MAY 14, 2009 )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 MAY 15 PM 4:38
LORETTA G. WHYTE
CLERK

X WITH COUNSEL      VALERIE JUSSELIN - FPD
                          (Name of Counsel)

Court Reporter's Name: ARLENE MOVAHED

**PLEA:** x GUILTY, and the court being satisfied    __NOLO CONTENDERE   __NOT GUILTY
that there is a factual basis for the plea.

                                   (__NOT GUILTY. Defendant is discharged.
There being a finding of
                                   (x GUILTY on JANUARY 22, 2009

The defendant has been convicted as charged of the offense(s) of 18 USC 371 Conspiracy to Exceed Authorized Access of a Government Computer (ct 1) of the indictment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby placed on probation for term of three years, as to Count 1. The defendant shall pay a fine in the amount of $250.00 to the United States, as to Count 1. Said fine includes the cost of confinement. The fine shall be paid in monthly installments of $50.00 with the first payment due July 1, 2009, and later payments to be paid each month until the full amount has been paid. The minimum payment of $50.00 is subject to increase or decrease, depending on the defendant's ability to pay. The fine is a downward departure called for under the sentencing guidelines, and is based on the defendant's ability to pay. While on probation, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. In addition, the following special conditions are imposed: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. The defendant shall participate in orientation and life skills program. The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall be placed on home detention for six months, to commence immediately. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones for the above period. She shall wear an electronic device, and observe the rules specified by the Probation Department. The defendant shall contribute to the cost of this program to the extent that the defendant is deemed capable by the probation officer. The defendant shall cooperate in the collection of a DNA sample, as required by law and she shall pay any fine imposed.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

---

| SIGNED BY: | CERTIFIED AS A TRUE COPY |
|---|---|
| x U.S. District Judge *[signature: Martin L.C. Feldman]* | ON THIS DATE _____ |
| __ U.S. Magistrate | BY: _____ |
| (Date) May 14, 2009 | Deputy Clerk |

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

United States Marshal

Deputy Marshal